**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-2711**

───────────────

RAMONA S. BURNETTE,

Plaintiff - Appellant,

versus

CACI, INCORPORATED,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CA-98-506-3)

───────────────

Submitted:  March 25, 1999          Decided:  March 30, 1999

───────────────

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Ramona S. Burnette, Appellant Pro Se.  Adam Augustine Carter, Alan David Strasser, Robert L. Magielnicki, Sr., KUTAK, ROCK, Washington, D.C.; Allen Scott Rugg, POWELL, GOLDSTEIN, FRAZER & MURPHY, L.L.P., Washington, D.C., for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ramona Burnette appeals the district court's order dismissing as barred by the statute of limitations her complaint in which she alleged bankruptcy discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Burnette v. Caci, Inc., No. CA-98-506-3 (E.D. Va. Oct. 30, 1998).[*] Additionally, we deny Caci's motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on October 29, 1998, the district court's records show that it was entered on the docket sheet on October 30, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2